UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RONNIE DANTE THOMAS,

        Petitioner,               Case No. 1:22-cv-511

v.                                         Honorable Ray Kent

JAMES R. SCHIEBNER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's motion for release on bond, (ECF No. 12), Petitioner's motion for summary judgment, (ECF No. 13), and Petitioner's motion for home confinement (ECF No. 16) are **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:   July 25, 2022                           /s/ Ray Kent
                                                                     Ray Kent
                                                                         United States Magistrate Judge