UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

RONNIE DANTE THOMAS,

    Petitioner,

Case No. 1:22-cv-511

v.

Honorable Ray Kent

JAMES R. SCHIEBNER,

    Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of jurisdiction.

Dated: July 25, 2022

/s/ Ray Kent
Ray Kent
United States Magistrate Judge